# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# AMENDED JUDGMENT IN A CIVIL CASE

**ERIC A. CURTNER,**
       **Petitioner,**

    vs.        Case Number: **08-2253**

**UNITED STATES OF AMERICA,**
       **Respondent.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's motion to nullify the proceedings is dismissed for lack of jurisdiction. Pursuant to Rule 11 of the Rules Governing Section 2255 proceedings for the United States District Court, this Court denies a certificate of appealability.

ENTER this 27th day of January 2011.

s/ Pamela E. Robinson
_____
PAMELA E. ROBINSON, CLERK

s/K. Wynn
_____
BY: DEPUTY CLERK